**Exhibit A to the Complaint**

**Location:** Fort Lauderdale, FL  **IP Address:** 73.1.47.213
**Total Works Infringed:** 42  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9F01C28059D32E35328AA301E9F60E4FBAC1482B<br>File Hash:<br>1FEF6ACA5881AF4C232BB4C9BE89476A3688F6B80A87D96EBD7FD64E840190F0 | 11-20-2022 07:47:28 | Tushy | 01-01-2018 | 01-22-2018 | PA0002101767 |
| 2 | Info Hash: 03FCA7413DBF56D8E3AC2200A1E056B87985B609<br>File Hash:<br>9430009237476155D0F064079DF6800CE829C3120BBB17EBB816DAE41574EC2C | 11-20-2022 07:44:28 | Tushy | 04-26-2018 | 06-19-2018 | PA0002126639 |
| 3 | Info Hash: 0816221732BC489696315493E8F3147C94085662<br>File Hash:<br>12EC910DE3C7847177C81C3523972D19CFD5949818F598450166ADF751AB1C21 | 11-20-2022 07:38:27 | Vixen | 08-27-2017 | 09-15-2017 | PA0002052843 |
| 4 | Info Hash: B0BFB7653867484FAFA36C45CB4045EA52DA9F9C<br>File Hash:<br>AD5D43C635ABCE3E1FA1B66907868290AEA8610B8024AF415A0B949F7793FBF2 | 11-20-2022 01:10:47 | Tushy | 01-11-2019 | 01-22-2019 | PA0002147904 |
| 5 | Info Hash: C54A9F8E75661E9EDA455D0C378F3560C669D010<br>File Hash:<br>8523EFE586ABBA8629A42645449FAAF7F0347DD3C1D923C0FB71EC2DE391179D | 11-19-2022 23:22:26 | Tushy | 05-16-2018 | 06-19-2018 | PA0002126446 |
| 6 | Info Hash: 5C1D84B8EE66AA95473A12F7D5A7612D9B4D375C<br>File Hash:<br>4C5E775EEBDE716DA30F22E2C79DB0F8FC6CB1A39E29CBCB5B49EAF97FBB323A | 11-11-2022 23:58:46 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 7 | Info Hash: 413A690A803D3E54ADF7B0B7C14C3705A11330D6<br>File Hash:<br>E5BA7DE283DEAD6EBD7F8D4F5CC7EC556BAE297D4C1E6E3E955B0F65369D47FF | 11-11-2022 18:19:33 | Tushy | 04-16-2019 | 05-11-2019 | PA0002173879 |
| 8 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash:<br>65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 11-09-2022 16:47:57 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 9 | Info Hash: 4152ED89B504AC5B70FC3BBE20B84DF97888EAD2<br>File Hash:<br>E4EC555A53B2FE6E81538CF8742AF2316E8CAC0A48DA4E65E87E436B698C219E | 09-18-2022 17:18:29 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 10 | Info Hash: 84C5F1993865C560AAB7CEE3BA17969A78454E43<br>File Hash:<br>55FB7CE72A5580A94A6CAD18275E2B8FC36070D964F432799F9A330A1D870AA5 | 08-18-2022 17:39:25 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 11 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash:<br>E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE92760818965895 | 08-18-2022 17:32:46 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash:<br>075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 08-01-2022 02:30:04 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 13 | Info Hash: 22F64C34048F6C532A3151D95A82FCDB8E19203E<br>File Hash:<br>AD346A8CD6EF858B1E9B78B90620A5398A58CFA3EA6686949B09F71D08D1FAD3 | 08-01-2022 02:25:11 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 14 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash:<br>81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-17-2022 20:44:01 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 15 | Info Hash: 1846905564D491C6E79EB4BA0AB4B53BEC1C2A45<br>File Hash:<br>D399FBE72F4E37AF02AC4B6FD23ADED71D43B449443073233A3F354BB01BA87F | 07-17-2022 20:42:18 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 16 | Info Hash: 8241A5E05DAA67A4641B7DF29981030AA6A82700<br>File Hash:<br>93EAFB8429099F10B09FFD180369B3D777659862BB1168AD42A517C05ADAC959 | 07-01-2022 13:22:40 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 17 | Info Hash: C08BF088D5BC2AD8F43A811C3AC384BB57659EEF<br>File Hash:<br>40B6A4AFEA71724959BC35CE43E9182DC69893F3E592424EAA33A8E534335F27 | 06-26-2022 15:46:37 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 18 | Info Hash: A57EB25C6B5689118A2B4DDA648E25AE167E7525<br>File Hash:<br>EF9BDA642565895653F353ACCEF39910559841840128B3D5B7738C156EAFCE97 | 06-24-2022 15:31:52 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 19 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash:<br>23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 06-17-2022 13:44:40 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 20 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash:<br>41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 05-20-2022 15:38:44 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 21 | Info Hash: 94986CB806976C4C5198C16F0F1FAC040750B262<br>File Hash:<br>27538E82EE4D8260AE4CF252120D3FD292A27968154DD723E3EBF581A54C4B98 | 05-20-2022 15:36:36 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 22 | Info Hash: 1D26D49A84F60EA8D2A668CC3255CBC054F35BA9<br>File Hash:<br>AD3A01BCB924A9D59D41E8902AD47F44EE783F5F1DD6EB2531D52DB3B18EA612 | 01-07-2022 15:27:05 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 23 | Info Hash: 4831FEBC4D4E06083489EF221B1D1E2AD3A85BB6<br>File Hash:<br>AA70B2D49F15B5A8DAD3C050472A5DF26C709F35218C282B36B18DB6D2DE9DD4 | 12-17-2021 20:04:25 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A04B5C9F2FFE2F38ED44CA4CCAECAD08E7A3EEB4<br>File Hash:<br>A3077F8A98F8340FA6D9F1FFEA26C6D35D19C79F7223BF99DAF69FAD4BAAD72A | 12-17-2021<br>20:03:55 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 25 | Info Hash: B932566CA80214AF1768FCDD8E37A4C272BF016F<br>File Hash:<br>956F4B94646E9605D916985FF017AE521D401BE8ACC474B680F906BCFE506CC3 | 12-17-2021<br>19:52:25 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 26 | Info Hash: 4CE0AE35C1227D3C626CAB88BF26E15C024E4C59<br>File Hash:<br>A540DA9A9D0B22A592246AE221A5A34F320CD5BCB8B30E1CFF6AD1C2106502DF | 12-17-2021<br>19:51:25 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 27 | Info Hash: 634B70078E93F75F084A98621D51AFC94191087B<br>File Hash:<br>1D8CF0C11A85F5976211EA195778C57D294BB252C2E7AB41FA72C1711E28256C | 12-14-2021<br>17:17:04 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 28 | Info Hash: CC73BA58509C5CC8C9728E50AF0ADCC2309610D9<br>File Hash:<br>29F574469B30FD6E53418141217398D0F9175F40B85D21F59FDBBA0498559C3F | 12-14-2021<br>17:16:53 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 29 | Info Hash: FD07986D65FBA51BFF205EC22B42774AB7F5D9E5<br>File Hash:<br>316BC6707867BB1207B28A163035F4E94D459074F54C3A828301CB9D489BA980 | 12-14-2021<br>17:16:26 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 30 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash:<br>4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 09-03-2021<br>13:12:46 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 31 | Info Hash: D465B03C243E7505C28E9C8688DE2D8ABFBF81CA<br>File Hash:<br>E89887EBF27E2BDE86C796DF576FDD38E546DF3B972F36B6B60A1085A159A294 | 09-03-2021<br>13:12:01 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 32 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash:<br>9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-13-2021<br>13:24:20 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 33 | Info Hash: 74B6C4B2142320EF173D23A437202D324DB588BF<br>File Hash:<br>A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 04-16-2021<br>14:59:31 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 34 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash:<br>C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 01-01-2021<br>19:50:37 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 35 | Info Hash: 31A8F8D6F5F44439A0746AC2A1FEECBC46A39FEB<br>File Hash:<br>722D74E39C11DDEF29652D55415EA1762EF6EC36A73642EC20CDEFBAB5FE5906 | 10-01-2020<br>13:50:37 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash:<br>7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-17-2020<br>00:32:27 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 37 | Info Hash: 4948F4764E4C9D1145D4D903EF84CE7BFFB38CD8<br>File Hash:<br>E838361C604EFEA1F8EA93E3ECE3229FD0A9B357339C39D36CA720110098166B | 06-08-2020<br>15:59:38 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 38 | Info Hash: 013FB4E2FE05A577E30A26645152DD345E96C188<br>File Hash:<br>5EA853B95915065642C5BE28E33FA79850309D4241179FCD4851A98B19346A3B | 06-08-2020<br>15:58:03 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 39 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash:<br>E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 05-16-2020<br>16:56:49 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 40 | Info Hash: EFC0D06BB2786E206708A7A75042661142C2EB8C<br>File Hash:<br>5DCF34745AA40349E8AA5F2C8AA4367AB7B700C01E6F880DD4D82E54A785D1C1 | 04-29-2020<br>15:40:56 | Tushy | 04-26-2020 | 05-19-2020 | PA0002241478 |
| 41 | Info Hash: 7F46C7C6F93FA2CED81750D01A6A4484E5394598<br>File Hash:<br>1FF5F149747DCE4001F4C54DC671963EC6B743984EBE973D54AD2BCB7ADF2517 | 03-18-2020<br>01:07:41 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 42 | Info Hash: 642E0CBC2CC4510978E835A1A110DB3AFCCA7A01<br>File Hash:<br>88BFA21A2FA90A82F48A0B1D6EA087EEC44A7701B46620CBE9492D37880B8DED | 03-05-2020<br>01:39:23 | Tushy | 02-10-2020 | 03-15-2020 | PA0002240548 |