UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61284-ALTMAN/Hunt

**STRIKE 3 HOLDINGS, LLC**,

    *Plaintiff*,

v.

**JOHN DOE**,

    *Defendant*.

_____/

## ORDER

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, the Court hereby **ORDERS AND ADJUGES** as follows:

1. Case Number 22-cv-62413-RKA, Case Number 22-cv-62417-RKA, Case Number 22-cv-62423-RKA, and Case Number 22-cv-24219-RKA are hereby **CONSOLIDATED** into Case Number 22-cv-61284-RKA.

2. Case Number 22-cv-62413-RKA, Case Number 22-cv-62417-RKA, Case Number 22-cv-62423-RKA, and Case Number 22-cv-24219-RKA shall be administratively **CLOSED**. All future filings shall be made under *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-61284-RKA.

3. Any pending motions in Case Number 22-cv-62413-RKA, Case Number 22-cv-62417-RKA, Case Number 22-cv-62423-RKA, and Case Number 22-cv-24219-RKA are **DENIED AS MOOT**.

4. By **January 12, 2023**, the Plaintiff shall file a single, combined complaint, which will govern this case.

5. By **April 12, 2023**, the Plaintiff shall identify and serve the Defendants. Until then, this case shall proceed on our inactive docket. This case, therefore, shall remain **CLOSED**. The Plaintiff shall file a motion to reopen within 7 days after it has identified and served all defendants.

6. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

7. The Clerk shall docket this Order in the following cases:

    a. *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-61284-RKA

    b. *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-62413-RKA

    c. *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-62417-RKA

    d. *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-62423-RKA

    e. *Strike 3 Holdings LLC v. John Doe*, No. 22-cv-24219 -RKA

**DONE AND ORDERED** in the Southern District of Florida on December 29, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record